## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LOREN J. JACOBSON,** | : | **CASE NO.** |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **INTERNATIONAL TOURS AND EVENTS,** | : | |
| **LLC AND CHARLES F. ROSENAY,** | : | |
| **Defendants.** | : | **JUNE 30, 2009** |
| | : | |

### NOTICE OF REMOVAL

Both Defendants hereby give notice of their removal of the above-captioned case on the following grounds:

1.     Defendants, International Tours and Events, LLC and Charles F. Rosenay, are the named Defendants in a civil action, Docket No. NNH-CV-09-5029826-S, returnable to the Connecticut Superior Court, Judicial District of New Haven, on June 23, 2009 (the "Superior Court Action"). A true copy of the summons, complaint and prayer for relief (statement of amount in demand) are attached as Exhibit A and constitute all process, pleadings and orders served on Defendants in the Superior Court Action.

2.     As evidenced by the attached Return of Service, Exhibit B, a copy of the summons, complaint and prayer for relief (statement of amount in demand) was served on both Defendants on June 5, 2009.  Neither Defendant nor their counsel had any prior notice of the Superior Court Action.  Defendants file their Notice of Removal within 30 days of their receipt of the summons, complaint and prayer for relief (statement of amount in demand) and within 30 days of the date on which the Superior Court Action became removable.

3.      The Superior Court Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as Plaintiff purports to allege that her employment termination violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e *et seq.* (Complaint, Count One, ¶ 3; Count Three, ¶ 12; Count Four, ¶ 11). The Superior Court Action is removable to this Court pursuant to 28 U.S.C. § 1441(b), (c).

4.      The Superior Court Action is not a nonremovable action as described in 28 U.S.C. § 1445.

5.      Promptly after the filing of this Notice of Removal, Defendants will file a copy of their Notice of Removal with the Superior Court and give written notice thereof to Plaintiff through her counsel of record.

INTERNATIONAL TOURS AND
EVENTS, LLC AND
CHARLES F. ROSENAY

By: _____
Glenn A. Duhl ct03644
Siegel, O'Connor,
      O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 280-1215
Fax: (860) 527-5131
gduhl@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal has been served upon counsel for Plaintiff, Loren J. Jacobson, John R. Williams, Esq., 51 Elm Street, New Haven, CT  06510, by first class mail, postage prepaid, this 30th day of June 2009.

_____
Glenn A. Duhl

2

**SUMMONS - CIVIL**
JD-CV-1  Rev. 9-08
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

| | | |
|---|---|---|
| ☐ | "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |
| ☒ | "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. | |
| ☐ | "X" if claiming other relief in addition to or in lieu of money or damages. | |

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350)<br>235 Church Street, New Haven, CT 06510 | Telephone number of clerk (with area code)<br>( 203 ) 503-6800 | Return Date (Must be a Tuesday)<br>June _____ 23 , 2009<br>Month   Day   Year |
|---|---|---|
| ☒ Judicial District    ☐ G.A.<br>☐ Housing Session    ☐ Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)<br>**New Haven** | Case type code (See list on page 2)<br>Major: **T**   Minor: **90** |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)<br>John R. Williams, 51 Elm Street, New Haven, CT 06510 | Juris number (to be entered by attorney only)<br>67962 |
|---|---|
| Telephone number (with area code)<br>( 203 ) 562-9931 | Signature of Plaintiff (If self-represented) |

| Number of Plaintiffs: 1 | Number of Defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| **First Plaintiff** | Name:   Jacobson, Loren J.<br>Address:  755 Wethersfield Avenue, Hartford, CT 06114 | P-01 |
| **Additional Plaintiff** | Name:<br>Address: | P-02 |
| **First Defendant** | Name:   International Tours and Events, LLC<br>Address:  c/o Charles F. Rosenay, 315 Derby Avenue, Orange, CT 06477 | D-50 |
| **Additional Defendant** | Name:   Rosenay, Charles F.<br>Address:  315 Derby Avenue, Orange, CT 06477 | D-51 |
| **Additional Defendant** | Name:<br>Address: | D-52 |
| **Additional Defendant** | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>John R. Williams | Date signed<br>5/26/2009 |
|---|---|---|---|

| If this Summons is signed by a Clerk:<br>a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | For Court Use Only<br>File Date<br><br>**EXHIBIT A** |
|---|---|

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250<br>**Michael Sipes, 51 Elm Street, New Haven, CT 06510** | | |
|---|---|---|
| Signed (Official taking recognizance) "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Date<br>5/26/2009 | Docket Number |

(Page 1 of 2)

RETURN:   JUNE 23, 2009

| | | |
|---|---|---|
| LOREN J. JACOBSON | : | SUPERIOR COURT |
| VS. | : | |
| | : | J. D. OF NEW HAVEN |
| INTERNATIONAL TOURS | : | |
| AND EVENTS, LLC and | : | |
| CHARLES F. ROSENAY | : | MAY 26, 2009 |

## C O M P L A I N T

COUNT ONE (against defendant International Tours and Events, LLC)

1. During all times mentioned in this action, the plaintiff was, and still is, an adult female citizen of the United States residing in the State of Connecticut.

2. During all times mentioned in this action, the defendant International Tours and Events, LLC, was and is a Connecticut Limited Liability Corporation which has been in business since March 30, 2000, located at 315 Derby Avenue in Orange, Connecticut. It is and at all relevant times was an employer within the meaning of the aforesaid statutes. The President and chief executive officer of the defendant is, and at all times herein mentioned was, the defendant Charles F. Rosenay. At all times herein mentioned, the defendant Rosenay was acting as the agent, servant and employee of the defendant International Tours and Events, LLC, for its economic benefit.

3. The defendant International Tours and Events, LLC, is and at all

1

relevant times was an employer within the meaning of the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §§ 46a-60, *et seq.*, and within the meaning of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*

4. The plaintiff has complied with all of the procedural prerequisites to suit under the statutes mentioned in Paragraph 3.

5. The plaintiff was employed by the defendants continuously from July 2007 until she was forced to resign.

6. Continuously from the day the plaintiff began her employment until her last day of employment by the defendants, she was subjected on a daily basis to comments of an explicitly sexual nature from defendant Rosenay and from the other male employees of his business. The plaintiff repeatedly complained about these comments but defendant Rosenay expressly refused to stop or to make the other males stop harassing the plaintiff in this manner.

7. Continuously from the day the plaintiff began her employment until the end of January 2008 she was subjected to sexual touching on virtually a daily basis by defendant Rosenay and by other male employees of his business.

8. Other female employees of the defendant International Tours and Events, LLC< and of other companies operated by defendant Rosenay out of the same location were in the presence of the plaintiff subjected to the same types of comments, harassment and touching to which the plaintiff was subjected as

2

described above.  The perpetrators were defendant Rosenay himself and other male employees in his presence and with his acquiescence. The victims were females as young as fifteen (15) years of age.

9. The sexual harassment and sexually hostile working environment to which the plaintiff was subjected were so extreme that eventually the plaintiff was forced to resign from the company.

10. As a result, the plaintiff has suffered severe emotional distress and economic losses.

11. In the manner described above, the defendant International Tours and Events, LLC, violated the provisions of the Connecticut Fair Employment Practices Act.

COUNT TWO (Against Defendant Charles F. Rosenay)

1 - 10. Paragraphs 1 through 10 of Count One are hereby made Paragraphs 1 through 10, respectively, of Count Two.

11. In the manner described above, the defendant Charles F. Rosenay violated the provisions of the Connecticut Fair Employment Practices Act.

COUNT THREE (Against Defendant International Tours and Events, LLC)

1 - 10. Paragraphs 1 through 10 of Count One are hereby made

3

Paragraphs 1 through 10, respectively, of Count Three.

12.  In the manner described above, the defendant International Tours and Events, LLC, violated the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq*.

COUNT FOUR (Against Defendant Charles F. Rosenay)

1 - 10.  Paragraphs 1 through 10 of Count One are hereby made Paragraphs 1 through 10, respectively, of Count Four.

11.  In the manner described above, the defendant Charles F. Rosenay violated the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq*.

COUNT FIVE (Against Defendant International Tours and Events, LLC)

1 - 10.  Paragraphs 1 through 10 of Count One are hereby made Paragraphs 1 through 10, respectively, of Count Five.

11.  The conduct of defendant Rosenay and his associates described above was extreme and outrageous and was carried out in reckless disregard of the probability that it would cause the plaintiff to suffer emotional distress in violation of Connecticut common law.

4

COUNT SIX (Against Defendant Charles F. Rosenay)

      1 - 11.  Paragraphs 1 through 11 of Count Five are hereby made

Paragraphs 1 through 11, respectively, of Count Six.

COUNT SEVEN (Against Defendant Charles F. Rosenay)

      1 - 10.  Paragraphs 1 through 10 of Count One are hereby made

Paragraphs 1 through 10, respectively, of Count Seven.

      11.  In the manner described above, the defendant Rosenay assaulted

the plaintiff.

THE PLAINTIFF

BY _____

JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com
Her Attorney

5

RETURN:    JUNE 23, 2009

| | | |
|---|---|---|
| LOREN J. JACOBSON | : | SUPERIOR COURT |
| VS. | : | |
| | : | J. D. OF NEW HAVEN |
| INTERNATIONAL TOURS | : | |
| AND EVENTS, LLC and | : | |
| CHARLES F. ROSENAY | : | MAY 26, 2009 |

## PRAYER FOR RELIEF

The plaintiff claims judgment against each defendant in an amount greater than fifteen thousand dollars ($15,000.00), exclusive of interest and costs, as follows:

      A.  Compensatory damages;

      B.  Punitive damages;

      C.  Attorney fees;

      D.  Costs.

THE PLAINTIFF

BY

JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax:  (203) 776-9494
jrw@johnrwilliams.com

6

## OFFICER'S RETURN

STATE OF CONNECTICUT)
                ) SS: **Orange**                    **June 5, 2009**
COUNTY OF NEW HAVEN)

Then and there by virtue hereof, of this original Writ, Summons Complaint, I served the within named defendant, **International Tour and Events, LLC,** by leaving with said defendant's Registered Agent, Charles F. Rosenay, 315 Derby Avenue, Orange, CT, a true and attested copy hereof, with my endorsement thereon; and then I served the within named defendant, **Charles F. Rosenay,** by leaving at the usual place of abode of said defendant, Charles F. Rosenay, 315 Derby Avenue, Orange, CT, a true and attested copy hereof, with my endorsement thereon.

The within and foregoing is the original Writ, Summons and Complaint, with my doings thereon endorsed.

Attest:

_____
Mark J. White, State Marshal
New Haven County

Fees:
Travel $  15.00
Service   60.00
Pages    14.00
Endorse  2.80
_____
$ 91.80

